■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY PEARSON, Appellant. [877 NYS2d 228]—Judgments, Supreme Court, New York County (Charles Solomon, J., at plea; Micki A. Scherer, J., at sentence), rendered on or about May 22, 2007, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Friedman, Moskowitz and Acosta, JJ.